# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| FIRST OPTION EMS, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. G-13-277 |
| | § | |
| MEDICAL TRANSPORTATION MANAGEMENT, INC., *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

A status conference at which the bench trial will be set will be held on **November 4, 2014**, at 4:00 p.m. in Courtroom 11-B, 515 Rusk, Houston, Texas. All counsel must be present.

SIGNED on October 21, 2014, at Houston, Texas.

 Lee H. Rosenthal
 United States District Judge